Petition for Writ of Mandamus Dismissed in Part and Denied in Part and
Opinion filed September 26, 2002









Petition for Writ of Mandamus Dismissed
in Part and Denied in Part and Opinion filed September 26, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00983-CV

____________

 

IN RE BETTY PRESTON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On September 25, 2002, relator filed a
petition for writ of mandamus in this Court seeking relief against both a
municipal court judge and a district court judge.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002); see
also Tex. R. App. P. 52.

We dismiss that portion of relator=s petition for writ of mandamus
seeking relief against the municipal court judge.  See Tex.
Gov=t Code Ann. ' 22.221(b) (Vernon Supp. 2002)
(stating court of appeals has jurisdiction to issue writs of mandamus to
district and county court judges).  We
deny that portion of relator=s petition for writ of mandamus seeking relief against the
district court judge.  

PER CURIAM

 

Petition
Dismissed in Part and Denied in Part and Opinion filed September 26, 2002.

Panel consists of
Justices Yates, Anderson, and Frost. 

Do Not Publish ‑ Tex. R. App. P. 47.3(b).